UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                     :
JOSE QUEZADA,                          :
                                  Plaintiff,   :
                                                   :           20 Civ. 10916 (LGS)
                        -against-              :
                                                   :                   ORDER
BRAGG LIVE FOOD PRODUCTS, LLC,   :
                                                   :
                                    Defendant.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's Order, dated January 7, 2021, required the parties to file a proposed joint letter and case management plan by February 25, 2021.  Dkt. No. 5.

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** that, by **March 1, 2021**, the parties shall file the joint letter and proposed case management plan.

Dated: February 26, 2021
       New York, New York

                                                   **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**