**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

• •  **Salans FMC SNR Denton McKenna Long**
dentons.com

March 10, 2021

<u>**VIA ECF**</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

Re:    *Quezada v. Bragg Live Food Products, LLC*: Case No. 20-cv-10916-LGS

Dear Judge Schofield:

We represent defendant Bragg Live Food Products, LLC ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move the Court to stay all case deadlines in this action for forty five (45) days. This requested adjournment will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

We thank the Court for its courtesies and consideration.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:    All counsel of record (by ECF)

The application is **DENIED**.  The Court generally does not stay deadlines pending settlement discussions. If the parties reach a settlement in principle, they shall file a letter updating the Court.

Dated: March 11, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE