UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JOSE QUEZADA,                                                 :
                            Plaintiff,    :
                                                              :     20 Civ. 10916 (LGS)
             -against-                                 :
                                                              :     <u>ORDER</u>
BRAGG LIVE FOOD PRODUCTS, LLC,                                :
                            Defendant.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for March 18, 2021. Dkt. No. 14.

      WHEREAS, on March 2, 2021, the parties filed a joint letter and proposed case management plan, and the joint letter stated that Defendant was "contemplating a motion to dismiss." Dkt. No. 13.

      WHEREAS, on March 2, 2021, the Court issued an Order directing Defendant to file any pre-motion letter in anticipation of a motion to dismiss by March 9, 2021, (Dkt. No. 14) and no such letter was filed.

      WHEREAS, the parties' joint letter includes a request for referral to the Court-annexed Mediation Program, but does not raise any other significant issues. Dkt. No. 13. It is hereby

      **ORDERED** that, the March 18, 2021, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order and a referral to the Court-annexed Mediation Program will issue in separate orders.

Dated: March 15, 2021
       New York, New York

                                                                       LORNA G. SCHOFIELD
                                                                       UNITED STATES DISTRICT JUDGE